66 So.2d 602

### GARY v. STATE.

7 Div. 194.

Supreme Court of Alabama.

June 30, 1953.

No attorney marked for appellant.

Si Garrett, Atty. Gen., for the State.

SIMPSON, Justice.

The defendant was indicted for murder in the first degree and on trial was convicted of murder in the second degree and sentenced to thirty years imprisonment in the State penitentiary. The appeal is on the record proper without embodying in the transcript any of the evidence. The record is in all respects regular and the judgment is therefore affirmed.

Affirmed.

LIVINGSTON, C. J., and GOODWYN and MERRILL, JJ., concur.